# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**JASON DAVID TUCKER,**

     **Plaintiff,**

**v.**                                           **CASE NO. 1:16cv181-MP-EMT**

**PAUL ALESSANDRONI,**
**JODY MARLANA AMICK,**
**RODNEY EDWARD AMICK,**
**BANK OF AMERICA CORPORATION,**
**STATE OF FLORIDA,**

     **Defendants.**

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 20, 2016. ECF No. 22. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed multiple documents with the Court, including ECF No. 27, in which Plaintiff includes a "notice and demand to strike order", which the Court construes as objections to the Report and Recommendation. I have made a *de novo* review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.      The Magistrate Judge's Report and Recommendation, ECF No. 22, is adopted and incorporated by reference in this Order.

2.      The clerk of court is directed to transfer this case to the United States District Court for the Middle District of Florida and to close this case in the Northern District.

3.      All pending motions are to be transferred to the Middle District of Florida.

**SO ORDERED** on August 1, 2016.


*s/ M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**


Case No. 1:16cv181-MP-EMT