UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JASON DAVID TUCKER,

      Plaintiff,

v.                                        Case No: 2:16-cv-605-FtM-99CM

STATE OF FLORIDA, PAUL
ALESSANDRONI, RODNEY EDWARD
AMICK, JODY MARLANA AMICK,
and BANK OF AMERICA
CORPORATION,

      Defendants.

_____

## ORDER

On August 25, 2016, the Court issued an Order to Show Cause (Doc. #39) directing plaintiff to show cause why the case should not be dismissed for failure to comply with the Court's June 6, 2016 Order (Doc. #16) requiring plaintiff to pay the filing fee or submit a motion to proceed in forma pauperis. Plaintiff was on notice that the failure to respond would result in a dismissal without prejudice and without further notice. No response has been filed and the time to respond has expired.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

This action is **DISMISSED** without prejudice for failure to comply with the Court's June 6, 2016 Order. The Clerk shall enter

judgment accordingly, terminate all previously scheduled deadlines and pending motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __28th__ day of September, 2016.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record